Mark R. Rosen
**BARRACK, RODOS & BACINE**
One Gateway Center, Suite 2600
Newark, NJ 07102

*Attorneys for Plaintiff Alan D. Furman*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN D. FURMAN, <br><br> Plaintiff, <br><br> v. <br><br> CAPE BANCORP INC., MICHAEL D. DEVLIN, AGOSTINO R. FABIETTI, FRANK J. GLASER, DAVID C. INGERSOLL, JR., MATTHEWS J. REYNOLDS, THOMAS K. RITTER, ROY GOLDBERG, JAMES F. DEUTSCH, GREGORY J. FACEMYER, BENJAMIN D. GOLDMAN, HUGH J. McCAFFREY, ALTHEA L.A. SKEELS, and OCEANFIRST FINANCIAL CORPORATION, <br><br> Defendants. | Civil Action No. 16-cv-01701-JBS-AMD <br><br><br> **NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COST** |

TO: All Defendants

    Notice is hereby given that this case is hereby dismissed, with prejudice and without cost.

Dated: April 29, 2016             **BARRACK, RODOS & BACINE**

                                                   By: _____
                                                          Mark R. Rosen
                                                          One Gateway Center, Suite 2600
                                                          Newark, NJ 07102

                                                          *Attorneys for Plaintiff Alan D. Furman*